**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERICA FULTON,<br>　Plaintiff, | §<br>§<br>§<br>§ |
| vs. | § C.A. NO. 4:17-cv-00528<br>§<br>§ |
| UNITED AIRLINES, INC., AIR SERV<br>CORPORATION, AND JOHN DOE<br>　Defendants. | §<br>§<br>§<br>§<br>§ |

### INDEX OF MATTERS BEING FILED

The following is a list of matters filed with Defendants United Airlines, Inc. and Air Serv Corporation Notice of Removal:

a. Civil Cover Sheet (Exhibit A);

b. Index of Matters Being Filed (Exhibit B);

c. Case Docket Sheet as of February 16, 2017 (Exhibit C);

d. Plaintiff's Original Petition and Request for Disclosure (Exhibit D);

e. Affidavit of Service for United Airlines, Inc. dated December 6, 2016 (Exhibit E);

f. Affidavit of Service for Air Serv Corporation dated December 6, 2016 (Exhibit F);

g. Civil Case Information Sheet (Exhibit G);

h. Defendant United Airlines, Inc.'s Original Answer and Affirmative Defenses (Exhibit H);

i. Defendant Air Serv Corporation's Original Answer and Affirmative Defenses (Exhibit I);

j. District Court Judicial District 155th Order of Nonsuit (Exhibit J); and

k.  List of All Counsel of Record (Exhibit K).