United States District Court
Southern District of Texas
**ENTERED**
January 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Erica Fulton, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: H-17-528 |
| United Airlines, Inc., | § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

As the jury has returned its verdict in favor of the Plaintiff, the Court hereby ORDERS that final judgment be entered in favor of the Plaintiff in the total amount of $3,805,000.00. This is a FINAL JUDGMENT.

Signed at Houston, TX on the __24__ day of January, 2019.

_____
DAVID HITTNER
United States District Judge