# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-20140

United States Courts
Southern District of Texas
FILED
*January 30, 2020*

David J. Bradley, Clerk of Court

ERICA FULTON,

    Plaintiff - Appellee

v.

UNITED AIRLINES, INCORPORATED; AIR SERV CORPORATION,

    Defendants - Appellants

USDC No. 4:17-CV-528

Appeal from the United States District Court
for the Southern District of Texas

Before JONES, HIGGINSON, and OLDHAM, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellants' opposed motion to strike trial exhibits 137, 140, and 146 from the record on appeal is DENIED.

    IT IS FURTHER ORDERED that appellants' opposed motion for new trial is CARRIED WITH THE CASE.

    IT IS FURTHER ORDERED that appellants' alternative opposed motion for limited remand under Fed. R. App. P. 10(e) is GRANTED.

    IT IS FURTHER ORDERED that appellants' opposed motion to suspend the briefing notice dated December 10, 2019 during pendency of limited remand is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to file appendix B in support of appellee's response under seal is GRANTED.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 30, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-20140    Erica Fulton v. United Airlines, Incorporated, et al
                    USDC No. 4:17-CV-528

Enclosed is an order entered in this case and a copy of appellants' motion for limited remand to the district court. This case is held in abeyance pending disposition of the limited remand.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Mr. David J. Bradley
Ms. Dana Livingston
Mr. Rahfaan Clive Markland
Ms. Penelope Elizabeth Nicholson
Mr. Sean A. Roberts
Mr. Marc Michael Rose